# Exhibit 1

Int. Cls.: **3, 16 and 21**

Prior U.S. Cls.: **2, 21, 23, 51 and 52**

**United States Patent and Trademark Office**  Reg. No. **1,642,532**
Registered **Apr. 30, 1991**

## TRADEMARK
### PRINCIPAL REGISTER



MAKE-UP ART (COSMETICS) LIMITED (CANADA CORPORATION), DBA MAKE-UP ART COSMETICS LIMITED
233 CARLTON STREET
TORONTO, ONTARIO M5R 1G2, CANADA

FOR: COSMETICS, NAMELY, EYE SHADOW, EYE MAKE-UP REMOVER, EYE LINER, FOUNDATION MAKE-UP, FACE POWDER, LIPSTICK, LIP GLOSS, LIP SHINER, MASCARA, NAIL POLISH, EYEBROW PENCIL, ROUGE, FACE SHIMMERS, HAIR TINTS, BODY LOTIONS, MOISTURE LOTION, MOISTURE TONICS, SKIN CLEANER, HAIR SHAMPOO, HAIR CONDITIONER, NON-MEDICATED HAIR CONDITIONER, NON-MEDICATED HAIR PREPARATIONS, DUSTING POWDER, FACIAL MOISTURIZERS, IN CLASS 3 (U.S. CLS. 51 AND 52).

FIRST USE 1-1-1983; IN COMMERCE 11-1-1985.

FOR: COSMETIC PENCIL SHARPENERS, IN CLASS 16 (U.S. CL. 23).

FIRST USE 1-1-1983; IN COMMERCE 11-1-1985.

FOR: COSMETIC CASES SOLD EMPTY, COSMETIC BRUSHES, DUSTERS FOR APPLYING MAKE-UP, LIP BRUSHES, AND COSMETIC SPONGES, IN CLASS 21 (U.S. CLS. 2 AND 21).

FIRST USE 1-1-1983; IN COMMERCE 11-1-1985.

SER. NO. 73-734,276, FILED 6-6-1988.

RONALD R. SUSSMAN, EXAMINING ATTORNEY

Int. Cls.: 3 and 44

Prior U.S. Cls.: 1, 4, 6, 50, 51, 52, 100 and 101

United States Patent and Trademark Office

Reg. No. 3,023,827
Registered Dec. 6, 2005

TRADEMARK
SERVICE MARK
PRINCIPAL REGISTER

# MAC

ESTEE LAUDER COSMETICS LTD. (CANADA CORPORATION)
161 COMMANDER BOULEVARD
AGINCOURT, CANADA M1S 3K9

   FOR: COSMETIC PRODUCTS INCLUDING LIPSTICKS, LIP GLOSS, LIP LINERS, LIP BALMS, EYE SHADOWS, EYE LINING PENCILS, LIQUID EYE LINERS, EYE MAKEUP, MASCARA, EYEBROW PENCILS, ARTIFICIAL EYELASHES, BLUSHERS, BRONZERS, MULTI-USE COSMETIC STICKS, FOUNDATION MAKEUP, PRESSED POWDER, LOOSE POWDER, MAKEUP REMOVER, CONCEALERS, EYE PALETTES, LIP PALETTES, MAKE-UP KITS, MULTI-USE COLORED CREAMS, POWDERS AND GELS FOR USE ON FACE; NAIL POLISH, NAIL ENAMEL, NAIL POLISH REMOVER; NON-MEDICATED SKIN CARE PRODUCTS, NAMELY CLEANSERS, EXFOLIATORS, TONERS, EYE CREAMS, CLEANSING WIPES, MOISTURIZING SPRITZERS, TINTED MOISTURIZERS; FRAGRANCES FOR PERSONAL USE, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

   FIRST USE 1-1-1983; IN COMMERCE 11-1-1985.

   FOR: CONSULTATION SERVICES IN THE SELECTION AND USE OF COSMETICS, TOILETRIES AND BEAUTY TREATMENT, IN CLASS 44 (U.S. CLS. 100 AND 101).

   FIRST USE 12-31-1987; IN COMMERCE 12-31-1987.

   THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

   OWNER OF U.S. REG. NOS. 1,642,532 AND 2,495,240.

   SER. NO. 78-581,906, FILED 3-7-2005.

JOHN WILKE, EXAMINING ATTORNEY

**United States of America**
United States Patent and Trademark Office

MAC HAUTE & NAUGHTY LASH

| | |
|---|---|
| **Reg. No. 3,901,933** | ESTEE LAUDER COSMETICS LTD. (CANADA CORPORATION) <br> 161 COMMANDER BLVD |
| **Registered Jan. 4, 2011** | AGINCOURT, ONTARIO, CANADA M1S3K9 |
| **Int. Cl.: 3** | FOR: COSMETICS, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52). |
| **TRADEMARK** | FIRST USE 7-1-2010; IN COMMERCE 7-1-2010. |
| **PRINCIPAL REGISTER** | THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR. |

OWNER OF U.S. REG. NOS. 1,642,532, 2,716,306, AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "LASH", APART FROM THE MARK AS SHOWN.

SN 77-926,745, FILED 2-3-2010.

SIMON TENG, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

Int. Cls.: 18 and 21

Prior U.S. Cls.: 1, 2, 3, 13, 22, 23, 29, 30, 33, 40, 41 and 50

**United States Patent and Trademark Office**

Reg. No. 3,237,448
Registered May 1, 2007

## TRADEMARK
### PRINCIPAL REGISTER

# MAC

ESTEE LAUDER COSMETICS LTD. (CANADA CORPORATION)
161 COMMANDER BOULEVARD
AGINCOURT, CANADA M1S3K9

   FOR: ALL PURPOSE SPORT BAGS; ALL-PURPOSE ATHLETIC BAGS; ALL-PURPOSE CARRYING BAGS; ATHLETIC BAGS; BAGS AND HOLDALLS FOR SPORTS CLOTHING; BARREL BAGS; BEACH BAGS; BELT BAGS; BOOK BAGS; CARRY-ALL BAGS; CARRY-ON BAGS; CHARM BAGS (OMAMORI-IRE); CLUTCH BAGS; COSMETIC BAGS SOLD EMPTY; DIAPER BAGS; DUFFEL BAGS; DUFFEL BAGS FOR TRAVEL; DUFFLE BAGS; FLEXIBLE BAGS FOR GARMENTS; GYM BAGS; HIKING BAGS; KIT BAGS; LEATHER AND IMITATION LEATHER BAGS; LEATHER BAGS, SUITCASES AND WALLETS; MAKE-UP BAGS SOLD EMPTY; MESSENGER BAGS; OVERNIGHT BAGS; ROLL BAGS; SCHOOL BAGS; SCHOOL BOOK BAGS; SHAVING BAGS SOLD EMPTY; SHOULDER BAGS; SMALL BAGS FOR MEN; SOUVENIR BAGS; SPORTS BAGS; TOTE BAGS; TRAVEL BAGS; TRAVELING BAGS; TRAVELLING BAGS; WAIST BAGS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

   FIRST USE 1-1-1983; IN COMMERCE 11-1-1985.

   FOR: COSMETIC BRUSHES, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

   FIRST USE 1-1-1983; IN COMMERCE 1-1-1985.

   THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

   SER. NO. 78-945,323, FILED 8-4-2006.

   LESLEY LAMOTHE, EXAMINING ATTORNEY

# United States of America
### United States Patent and Trademark Office



**Reg. No. 4,184,695**  ESTEE LAUDER COSMETICS LTD. (CANADA CORPORATION)
161 COMMANDER BLVD.
**Registered Aug. 7, 2012**  AGINCOURT, CANADA

**Int. Cl.: 18**  FOR: CARRY ALL BAGS, COSMETIC BAGS SOLD EMPTY, SHOULDER BAGS, TOTE BAGS, CLUTCH BAGS AND TRAVEL BAGS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

**TRADEMARK**  FIRST USE 12-31-1996; IN COMMERCE 12-31-1996.

**PRINCIPAL REGISTER**  OWNER OF U.S. REG. NOS. 1,642,532 AND 2,495,240.

SER. NO. 78-626,371, FILED 5-10-2005.

RAUL CORDOVA, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office



# PATENTPOLISH

| | |
|---|---|
| **Reg. No. 4,645,887** | MAKE-UP ART COSMETICS INC. (DELAWARE CORPORATION) |
| **Registered Nov. 25, 2014** | 767 FIFTH AVENUE<br>NEW YORK, NY 10153 |
| **Int. Cl.: 3** | FOR: COSMETICS, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52). |
| **TRADEMARK** | FIRST USE 3-27-2014; IN COMMERCE 3-27-2014. |
| **PRINCIPAL REGISTER** | THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR. |
| | SN 85-897,782, FILED 4-8-2013. |
| | ELIZABETH JACKSON, EXAMINING ATTORNEY |



**Deputy Director of the United States
Patent and Trademark Office**

Int. Cl.: 3

Prior U.S. Cls.: 1, 4, 6, 50, 51, and 52

**United States Patent and Trademark Office**

Reg. No. 3,469,550

Registered July 15, 2008

## TRADEMARK
### PRINCIPAL REGISTER

# TECHNAKOHL LINER

MAKE-UP ART COSMETICS INC. (DELAWARE CORPORATION)
767 FIFTH AVENUE
NEW YORK, NY 10153

FOR: COSMETICS, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 7-3-2006; IN COMMERCE 7-3-2006.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "LINER", APART FROM THE MARK AS SHOWN.

SN 78-831,166, FILED 3-7-2006.

SANJEEV VOHRA, EXAMINING ATTORNEY

Int. Cl.: 3

Prior U.S. Cls.: 1, 4, 6, 50, 51 and 52

**United States Patent and Trademark Office**

Reg. No. 2,369,642
Registered July 25, 2000

## TRADEMARK
### PRINCIPAL REGISTER

## VIVA GLAM

MAKE-UP ART COSMETICS INC. (DELAWARE CORPORATION)
767 FIFTH AVENUE
NEW YORK, NY 10153, BY MERGER, BY CHANGE OF NAME MAKE UP ART COSMETICS LLC (NEW YORK LIMITED LIABILITY COMPANY) MELVILLE, NY 11747

FOR: LIPSTICK, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 8-24-1992; IN COMMERCE 8-24-1992.

SER. NO. 75-053,966, FILED 2-6-1996.

KIMBERLY KREHELY, EXAMINING ATTORNEY

Int. Cl.: 3

Prior U.S. Cls.: 1, 4, 6, 50, 51 and 52

Reg. No. 2,207,315

**United States Patent and Trademark Office**    Registered Dec. 1, 1998

## TRADEMARK
### PRINCIPAL REGISTER

## STUDIO FIX

MAKE-UP ART COSMETICS LIMITED (CANADA CORPORATION)
233 CARLTON STREET
TORONTO, ONTARIO, CANADA

FOR: COSMETICS, NAMELY, MAKE-UP FOUNDATION, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 9-30-1992; IN COMMERCE 9-30-1992.

SER. NO. 75-421,832, FILED 1-22-1998.

BERYL GARDNER, EXAMINING ATTORNEY

Int. Cl.: 3

Prior U.S. Cls.: 1, 4, 6, 50, 51, and 52

**United States Patent and Trademark Office**

Reg. No. 3,636,203
Registered June 9, 2009

## TRADEMARK
### PRINCIPAL REGISTER

# CREMESHEEN

MAKE-UP ART COSMETICS INC. (DELAWARE CORPORATION)
TRADEMARK DEPARTMENT
LEGAL DEPARTMENT 767 FIFTH AVENUE
NEW YORK, NY 10153

FOR: COSMETICS, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 9-25-2008; IN COMMERCE 9-25-2008.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 77-384,256, FILED 1-30-2008.

JANICE L. MCMORROW, EXAMINING ATTORNEY

# United States of America
### United States Patent and Trademark Office

# RETRO MATTE

**Reg. No. 5,131,032**
**Registered Jan. 31, 2017**
**Int. Cl.: 3**
**Trademark**
**Principal Register**

Make-Up Art Cosmetics Inc. (NEW YORK CORPORATION)
767 Fifth Avenue
New York, NY 10153

CLASS 3: Cosmetics

FIRST USE 12-31-1999; IN COMMERCE 12-31-1999

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "MATTE"

SER. NO. 86-424,858, FILED 10-15-2014
CHRISTINE C MARTIN, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# VELUXE

| | |
|---|---|
| **Reg. No. 4,372,062** | MAKE-UP ART COSMETICS INC. (DELAWARE CORPORATION) |
| **Registered July 23, 2013** | 767 FIFTH AVENUE<br>NEW YORK, NY 10462 |
| **Int. Cl.: 3** | FOR: COSMETICS, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52). |
| **TRADEMARK** | FIRST USE 6-1-2003; IN COMMERCE 6-1-2003. |
| **PRINCIPAL REGISTER** | THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR. |
| | OWNER OF U.S. REG. NO. 3,182,696. |
| | SER. NO. 85-797,694, FILED 12-7-2012. |
| | SUZANNE BLANE, EXAMINING ATTORNEY |



Acting Director of the United States Patent and Trademark Office



**United States of America**
**United States Patent and Trademark Office**

# MAKE-UP ART COSMETICS

| | |
|---|---|
| **Reg. No. 4,022,031** | MAKE-UP ART COSMETICS INC. (DELAWARE CORPORATION) |
| **Registered Sep. 6, 2011** | TRADEMARK DEPARTMENT |
| | 767 FIFTH AVENUE |
| **Int. Cl.: 3** | NEW YORK, NY 10153 |
| | FOR: COSMETICS, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52). |
| **TRADEMARK** | FIRST USE 7-30-2008; IN COMMERCE 7-30-2008. |
| **PRINCIPAL REGISTER** | THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR. |
| | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "MAKE-UP" AND "COSMETICS", APART FROM THE MARK AS SHOWN. |
| | SER. NO. 85-207,425, FILED S.R. 12-29-2010 AM. P.R. 2-25-2011. |
| | SUSAN RICHARDS, EXAMINING ATTORNEY |



Director of the United States Patent and Trademark Office

Int. Cl.: 3

Prior U.S. Cls.: 1, 4, 6, 50, 51 and 52

United States Patent and Trademark Office

Reg. No. 3,561,063
Registered Jan. 13, 2009

TRADEMARK
PRINCIPAL REGISTER

# FLUIDLINE

MAKE-UP ART COSMETICS INC. (DELAWARE CORPORATION)
767 FIFTH AVENUE
NEW YORK, NY 10153

FOR: COSMETICS, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 1-17-2005; IN COMMERCE 1-17-2005.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 77-522,939, FILED 7-15-2008.

TASNEEM HUSSAIN, EXAMINING ATTORNEY

Int. Cl.: 3

Prior U.S. Cls.: 1, 4, 6, 50, 51, and 52

Reg. No. 3,599,599

United States Patent and Trademark Office    Registered Mar. 31, 2009

TRADEMARK
PRINCIPAL REGISTER

# DAZZLEGLASS

MAKE-UP ART COSMETICS INC. (DELAWARE CORPORATION)
LEGAL DEPARTMENT
767 FIFTH AVENUE
NEW YORK, NY 10153

FOR: COSMETICS, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 4-1-2008; IN COMMERCE 4-1-2008.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,131,290, 2,595,232, AND 3,060,903.

SN 77-341,126, FILED 11-30-2007.

JANICE L. MCMORROW, EXAMINING ATTORNEY

Int. Cl.: 3

Prior U.S. Cls.: 1, 4, 6, 50, 51 and 52

United States Patent and Trademark Office

Reg. No. 3,347,789
Registered Dec. 4, 2007

## TRADEMARK
### PRINCIPAL REGISTER



PREP + PRIME

ESTEE LAUDER COSMETICS LTD. (CANADA CORPORATION)
161 COMMANDER BOULEVARD
AGINCOURT, CANADA M1S3K9

FOR: NON-MEDICATED SKINCARE PREPARATIONS, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 8-31-2005; IN COMMERCE 8-31-2005.

OWNER OF U.S. REG. NOS. 1,642,532, 3,092,847 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "PREP", APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF MAC IN STYLIZED FORM, PREP + (PLUS SIGN) PRIME.

SER. NO. 77-138,043, FILED 3-22-2007.

WENDY JUN, EXAMINING ATTORNEY

Int. Cl.: 3

Prior U.S. Cls.: 1, 4, 6, 50, 51 and 52

**United States Patent and Trademark Office**

Reg. No. 3,516,371
Registered Oct. 14, 2008

**TRADEMARK**
**PRINCIPAL REGISTER**

# MINERALIZE

ESTEE LAUDER COSMETICS LTD. (CANADA CORPORATION)
161 COMMANDER BLVD.
AGINCOURT, CANADA M1S3K9

FOR: COSMETICS, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 6-21-2004; IN COMMERCE 6-21-2004.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 77-440,515, FILED 4-4-2008.

LAURIE KAUFMAN, EXAMINING ATTORNEY