ESTÉE LAUDER COSMETICS LTD. and MAKE-UP ART COSMETICS INC. v. The Partnerships and Unincorporated Associations Identified on Schedule "A" - Case No. 19-cv-07878

# Schedule A

| No. | Defendant Name / Alias | No. | Defendant Name / Alias |
| --- | --- | --- | --- |
| 1 | Chinese quality Store | 2 | 4992207-YANG Store |
| 3 | Beautiful Life Diary Store | 4 | Beautiful Voice Makeup Store |
| 5 | Co-co 859 Store | 6 | Huyoyo Store |
| 7 | JasonShop Store | 8 | Love Beauty Life Store |
| 9 | LoveThanks Enchanting Makeup Store | 10 | LoveThanks Makeup Tools Store |
| 11 | Magical Moment Store | 12 | Makeup Life Store |
| 13 | Minl makeups Store | 14 | Ms. Bearose Store |
| 15 | MSSugar Muswanna Store | 16 | PLSELF Store |
| 17 | Q&X Make up Store | 18 | Run Beauty house |
| 19 | Sexy brief Store | 20 | ShenZhen five Store |
| 21 | ShenZhen Foonbe Cosmetic Co.,Ltd. Store | 22 | Shop3180011 Store |
| 23 | Shop4600016 Store | 24 | Shop4988135 Store |
| 25 | Shop4998250 Store | 26 | Shop5068311 Store |
| 27 | Shop5081095 Store | 28 | Shop5084074 Store |
| 29 | TRENDY GIRL Store | 30 | VEEK Esthetic Salon Store |
| 31 | 2018hezhaoxinfeng1 | 32 | bead-007 |
| 33 | better-shop777 | 34 | fashion-space7 |
| 35 | huang810415 | 36 | nice-seller77 |
| 37 | niveg | 38 | sungift |
| 39 | Abigale7 | 40 | Anstruther |
| 41 | bacardi | 42 | bestqualityforever2 |
| 43 | bluehouses | 44 | buhao |
| 45 | Buy_Easy | 46 | CCBC |
| 47 | Chao Xiu mobile phone shell shop | 48 | chenshengyi1114 |
| 49 | Enhanced Beauty Shop | 50 | eridu830 |
| 51 | fafayou | 52 | Fashion Garment Wholesale |
| 53 | godess | 54 | great2buy |
| 55 | hailinzhu | 56 | HLLIGHT |
| 57 | huangyudianpu | 58 | Lakely |
| 59 | LeGee | 60 | lishp |
| 61 | Make you a beautiful world | 62 | nanjinglizhuozichanguanliyouxiangongsi |
| 63 | pecos580 | 64 | Personality Commodity Store |
| 65 | prettywomen | 66 | qiaogeli_store |
| 67 | rxhjessica | 68 | Sinoco Intrernatinal |
| 69 | Sun Flower1025 | 70 | tianyi58 |

| No. | Defendant Name / Alias | No. | Defendant Name / Alias |
|---|---|---|---|
| 71 | VIPP | 72 | xinshijuefushi |
| 73 | yanyan2017 | 74 | You Yong Store |
| 75 | youknowit | 76 | YWSPORT |
| 77 | zhaojing017 | 78 | zhaosuyan |
| 79 | zwy116429 | | |

| No. | Defendant Marketplace URL | No. | Defendant Marketplace URL |
|---|---|---|---|
| 1 | aliexpress.com/store/4704037 | 2 | aliexpress.com/store/4992207 |
| 3 | aliexpress.com/store/2497051 | 4 | aliexpress.com/store/5044301 |
| 5 | aliexpress.com/store/4973035 | 6 | aliexpress.com/store/2655083 |
| 7 | aliexpress.com/store/5069159 | 8 | aliexpress.com/store/3877066 |
| 9 | aliexpress.com/store/5060088 | 10 | aliexpress.com/store/5057082 |
| 11 | aliexpress.com/store/5003092 | 12 | aliexpress.com/store/512258 |
| 13 | aliexpress.com/store/2931086 | 14 | aliexpress.com/store/5043167 |
| 15 | aliexpress.com/store/5065090 | 16 | aliexpress.com/store/5008049 |
| 17 | aliexpress.com/store/5045130 | 18 | aliexpress.com/store/1829106 |
| 19 | aliexpress.com/store/1850788 | 20 | aliexpress.com/store/2814070 |
| 21 | aliexpress.com/store/234669 | 22 | aliexpress.com/store/3180011 |
| 23 | aliexpress.com/store/4600016 | 24 | aliexpress.com/store/4988135 |
| 25 | aliexpress.com/store/4998250 | 26 | aliexpress.com/store/5068311 |
| 27 | aliexpress.com/store/5081095 | 28 | aliexpress.com/store/5084074 |
| 29 | aliexpress.com/store/5034107 | 30 | aliexpress.com/store/5003272 |
| 31 | ebay.com/usr/2018hezhaoxinfeng1 | 32 | ebay.com/usr/bead-007 |
| 33 | ebay.com/usr/better-shop777 | 34 | ebay.com/usr/fashion-space7 |
| 35 | ebay.com/usr/huang810415 | 36 | ebay.com/usr/nice-seller77 |
| 37 | ebay.com/usr/niveg | 38 | ebay.com/usr/sungift |
| 39 | wish.com/merchant/5a9684cf6be8731a94081fc5 | 40 | wish.com/merchant/56c342a7af6cbb1169cb32ca |
| 41 | wish.com/merchant/596320eb48912c72c0b9ce23 | 42 | wish.com/merchant/57baee68a3ae9a072ccbf776 |
| 43 | wish.com/merchant/5aa12b3cb722cf7cd33814c9 | 44 | wish.com/merchant/581ec551c96e4b1b66a2412e |
| 45 | wish.com/merchant/57494346232ca05cbe15c5ec | 46 | wish.com/merchant/595f42fc905fdb021d6cc065 |
| 47 | wish.com/merchant/5b953149c979702ec0c9d6e0 | 48 | wish.com/merchant/58d25d613ae66953729b2935 |
| 49 | wish.com/merchant/595d9860d44a9b4b870f4670 | 50 | wish.com/merchant/58d4fd45236c0c54a709bba2 |
| 51 | wish.com/merchant/560b498bb1167a0d452a5e63 | 52 | wish.com/merchant/56093255c079a82f6162172c |
| 53 | wish.com/merchant/57985c35629c38302ab3eb69 | 54 | wish.com/merchant/598a67a569eced5f28cece56 |

| No. | Defendant Marketplace URL | No. | Defendant Marketplace URL |
|---|---|---|---|
| 55 | wish.com/merchant/59119cbf2da1ba7da80c9730 | 56 | wish.com/merchant/5806c8c91556b00d9e586d5c |
| 57 | wish.com/merchant/581c832abfa9fd7fa41f8459 | 58 | wish.com/merchant/5681075a9a609f2f203ca556 |
| 59 | wish.com/merchant/589da71bae9884598cb7018d | 60 | wish.com/merchant/5967 1e142894350317132b78 |
| 61 | wish.com/merchant/5724b96482ad385931678dd7 | 62 | wish.com/merchant/565fe9b9769a5629b8fca06a |
| 63 | wish.com/merchant/58d8c6cffe30c2555e44d838 | 64 | wish.com/merchant/56f91759fe76cc5874ac40bc |
| 65 | wish.com/merchant/530c954cbb72c52e3bd3372d | 66 | wish.com/merchant/5a0025347b584e0c48f292ef |
| 67 | wish.com/merchant/580eefcbf9414f195fd3b423 | 68 | wish.com/merchant/556538451aa1b91b6ef61146 |
| 69 | wish.com/merchant/58c8fd8b99858850e51476e9 | 70 | wish.com/merchant/596764002eac114dc6143618 |
| 71 | wish.com/merchant/576cd7e1316b0d6b94878442 | 72 | wish.com/merchant/580eeb879858a11ae358b51c |
| 73 | wish.com/merchant/596764c6d4cc342b29821ee3 | 74 | wish.com/merchant/5b756e05bee822165134e7a6 |
| 75 | wish.com/merchant/58a801f10f4dcf6f0cc7a4ce | 76 | wish.com/merchant/57fe06d0cf8ad454656d4c16 |
| 77 | wish.com/merchant/58c4e1eaffcbce51088613de | 78 | wish.com/merchant/5a4c76055349207a90906096 |
| 79 | wish.com/merchant/5b987e65d64d231eeca74ee9 | | |