# Exhibit 1

| No. | Seller Alias | Item Title |
|---|---|---|
| 1 | Chinese quality Store | New low-cost dual-use makeup pen Explosion models automatic rotating eyebrow pencil eyeliner waterproof is not blooming |
| 2 | 4992207-YANG Store | 2019 New Fashion Hot Dual Use Tube M Automatically Rotates The Eyebrow Pencil & Eyeliner Pen waterproof Sweat-proof Eyebrow Pen |
| 3 | Beautiful Life Diary Store | On Sale Waterproof Rotary Automatic retractable Gel Cream Eyeliner Pen Makeup Cosmetic beauty |
| 4 | Beautiful Voice Makeup Store | Automatic Rotating eyeliner Party Make Up Waterproof eyeliner Eyebrow long-Lasting Eye liner Pen Makeup Beauty Cosmetics |
| 5 | Co-co 859 Store | Summer New Natural Long Lasting Eyeliner Pen Quick-Dry Liquid Eye Liner Pen Waterproof Eye Makeup Marbled Pattern Thick Black |
| 6 | Huyoyo Store | 2019 New Vitamine A/E Waterproof Black/Brown Easy Use Eyeliner Pencils for Makeup Beginners/Students |
| 7 | JasonShop Store | 1 Pcs Eye Make Up Eyeliner Pencil Waterproof Eyebrow Beauty Pen Eye Liner Lip sticks Cosmetics Eyes Makeup |
| 8 | Love Beauty Life Store | 1 Pcs Eye Make Up Eyeliner Pencil Waterproof Eyebrow Beauty Pen Eye Liner Lip sticks Cosmetics Eyes Makeup |
| 9 | LoveThanks Enchanting Makeup Store | New 1 Pcs Eye Make Up Eyeliner Pencil Waterproof Eyebrow Cosmetics Pen Eye Liner Lip Sticks Charming Eyes Makeup Tool |
| 10 | LoveThanks Makeup Tools Store | 1 Pcs Eye Make Up Eyeliner Pencil Waterproof Eyebrow Beauty Pen Eye Liner Eyebrow Enhancer Cosmetics Charming Eyes Makeup |
| 11 | Magical Moment Store | Automatic Rotating eyeliner Party Make Up Waterproof eyeliner Eyebrow long-Lasting Eye liner Pen Makeup Beauty Cosmetics |
| 12 | Makeup Life Store | 1PC Hot Sale Vitamine A/E Waterproof Black/Brown Easy Use Eyeliner Pencils Make Up Comestic Tools |
| 13 | Minl makeups Store | Eyeliner pen makeup cosmetic new waterproof gel cream black |
| 14 | Ms. Bearose Store | Eyeliner Black Automatic Rotation Liner Eyeliner Pencil Waterproof Long-Lasting Natural Fashion For All People Makeup TSLM1 |
| 15 | MSSugar Muswanna Store | Waterproof Beauty Eyeliner Pencil Makeup Cosmetic Eye Liner Eyeliner Pen Pencil Black Makeup Cosmetic 1 Pcs |
| 16 | PLSELF Store | Automatic Rotating eyeliner Party Make Up Waterproof eyeliner Eyebrow long-Lasting Eye liner Pen Makeup Beauty Cosmetics TSLM1 |

| 17 | Q&X Make up Store | Waterproof Eyeliner Hot Automatic Rotating Eyeliner Party Make Up Eyebrow Long-Lasting Eye Liner Pen Makeup Beauty Cosmetics |
|---|---|---|
| 18 | Run Beauty house | 1PC High Quality Vitamine A/E Waterproof Black/Brown Easy Use Eyeliner Pencils Make Up Comestic Tools |
| 19 | Sexy brief Store | TOP Eyeliner pen makeup cosmetic new waterproof gel cream black |
| 20 | ShenZhen five Store | 1PC Hot Sale Vitamine A/E Waterproof Black/Brown Easy Use Eyeliner Pencils Make Up Comestic Tools |
| 21 | ShenZhen Foonbe Cosmetic Co.,Ltd. Store | Brand 1 Pcs Black Eyeliner Pencil Women Eyes Easy to Wear maquiagem Cosmetics Matte Liquid Eye Liner Pen Beauty Essentails Pens |
| 22 | Shop3180011 Store | 2pcs Beauty Eye Liner Waterproof Rotary Gel Cream Eyebrow Pencil Black Eye Brow Pen Long Lasting Makeup Cosmetics |
| 23 | Shop4600016 Store | Hot sale Black Eye Liner /Eyebrow Pencil Rotatable Waterproof Automatic Rotary Pencil For Eye/Eyebrow 2pcs/lot |
| 24 | Shop4988135 Store | matte lipstick set waterproof lip stick mate red makeup long lasting lipsticks maquillaje labiales mate larga duracion lipsense |
| 25 | Shop4998250 Store | 1PC Black Eyeliner Eye Popular Automatic Rotation Waterproof Excessive Eye Liner Eye Brow Makeup Pencil |
| 26 | Shop5068311 Store | 2pcs Long-lasting Eyeliner Waterproof Eyebrow Eyeliner Pencil  Make Up Eye Beauty Cosmetics Liner Tool Natural Eye Liner Pen 70 |
| 27 | Shop5081095 Store | Hot sale Black Eye Liner /Eyebrow Pencil Rotatable Waterproof Automatic Rotary Pencil For Eye/Eyebrow 2pcs/lot |
| 28 | Shop5084074 Store | Hot sale Black Eye Liner /Eyebrow Pencil Rotatable Waterproof Automatic Rotary Pencil For Eye/Eyebrow 2pcs/lot |
| 29 | TRENDY GIRL Store | M Automatic Rotating Eyebrow Pencil Waterproof Retractable Rotating Eyeliner Eyeliner Pencil Make-up Black Brown Two Colors |
| 30 | VEEK Esthetic Salon Store | Eyeliner Pencil Waterproof Pen Precision Long-lasting Automatic Rotation Eye liner Make up Easy to wear |
| 31 | 2018hezhaoxinfeng1 | US Smooth Line Pencil Eyeliner Tube Eyebrow Waterproof Automatic Rotation Makeup |
| 32 | bead-007 | Hot Sale Waterproof Women Gel Cream Black Eyeliner Pen Eye Liner Makeup Cosmetic |
| 33 | better-shop777 | Newly Women Waterproof Rotary Cream Eye Liner Black Eyeliner Pen Makeup Cosmetic |

| | | |
|---|---|---|
| 34 | fashion-space7 | Fashion Womens Rotary Cream Eye Liner Black Eyeliner Pen Makeup Cosmetic Tool |
| 35 | huang810415 | 1x Waterproof Beauty Eyeliner Pencil Makeup Cosmetic Eye Liner Pen Hot Sale A |
| 36 | nice-seller77 | Chic Women Waterproof Rotary Gel Cream Eyeliner Black Eyeliner Pen Makeup Tool |
| 37 | niveg | 12X Professional Waterproof Eye Shadow Lip Eyeliner Pen Pencil Makeup Set Party |
| 38 | sungift | Pencil Eyeliner Smooth Lines Tube Automatic Rotation Eyebrow Felt Tip Waterproof |
| 39 | Abigale7 | Women's Makeup Rotary Retractable Eyeliner Pencil Waterproof Eye Liner Pen Cosmetic Tool 3pcs/lot |
| 40 | Anstruther | Portable2pcs Women s Waterproof Retractable Rotary Eye liner Black Eyeliner Pencil Makeup Cosmetic Tool |
| 41 | bacardi | 3pcs/lot Women's Waterproof Retractable Rotary Eye liner Black Eyeliner Pencil Makeup Cosmetic Tool |
| 42 | bestqualityforever2 | 2Pcs Waterproof Automatic Rotary Retractable Black/Brown Eyeliner Pen Eye Liner Pencil Makeup Cosmetic |
| 43 | bluehouses | Hot Sale! 2pcs/lot Women Waterproof Retractable Rotary Eyeliner Pen Eye Liner Pencil Makeup Cosmetic Tool |
| 44 | buhao | Women's Makeup Rotary Retractable Eyeliner Pencil Waterproof Eye liner Pen Cosmetic Tool 3pcs/lot |
| 45 | Buy_Easy | 3pcs/lot Women's Waterproof Retractable Rotary Eye liner Black Eyeliner Pencil Makeup Cosmetic Tool |
| 46 | CCBC | 3pcs/lot Women's Waterproof Retractable Rotary Eye liner Black Eyeliner Pencil Makeup Cosmetic Tool |
| 47 | Chao Xiu mobile phone shell shop | 3pcs/lot Waterproof Retractable Rotary Eyeliner Pen Eye Liner Pencil Makeup Cosmetic Tool |
| 48 | chenshengyi1114 | 3pcs/lot Women's Waterproof Retractable Rotary Eye liner Black Eyeliner Pencil Makeup Cosmetic Tool |
| 49 | Enhanced Beauty Shop | Waterproof Retractable Rotary Eyeliner Pen Eye Liner |
| 50 | eridu830 | Beautiful 2pcs Women s Waterproof Retractable Rotary Eye liner Black Eyeliner Pencil Makeup Cosmetic Tool |
| 51 | fafayou | 2pcs/lot Women Waterproof Retractable Rotary Eyeliner Pen Eye Liner Pencil Makeup Cosmetic Tool |
| 52 | Fashion Garment Wholesale | 3pcs/lot Women's Makeup Rotary Retractable Eyeliner Pencil Waterproof Eye Liner Pen Cosmetic Tool |

| 53 | godess | MASS21 Women Waterproof Retractable Rotary Eyeliner Pen Eye Liner Pencil Makeup Cosmetic Tool (Color: Black) |
|---|---|---|
| 54 | great2buy | Women Waterproof Retractable Rotary Eyeliner Pen Eye Liner Pencil Cosmetic Tool |
| 55 | hailinzhu | 3pcs Women's Makeup Rotary Retractable Eyeliner Pencil Waterproof Eye liner Pen Cosmetic Tool |
| 56 | HLLIGHT | MASS21 Women Waterproof Retractable Rotary Eyeliner Pen Eye Liner Pencil Makeup Cosmetic Tool (Color: Black) |
| 57 | huangyudianpu | 3pcs/lot Retractable Rotary Eyebrow Pencil Waterproof Eyeliner Gel Makeup Tools |
| 58 | Lakely | LAKELY 2pcs Waterproof Rotary Gel Cream Eye Liner Makeup Cosmetic Eyeliner Pen Chic |
| 59 | LeGee | 4pcs/lot Waterproof Retractable Rotary Eyeliner Pen Eye Liner Pencil Makeup Cosmetic Tool |
| 60 | lishp | 3pcs/lot Women's Waterproof Retractable Rotary Eye liner Black Eyeliner Pencil Makeup Cosmetic Tool |
| 61 | Make you a beautiful world | New Women Waterproof Retractable Rotary Eyeliner Pen Eye Liner Pencil Makeup Cosmetic Tool |
| 62 | nanjinglizhuozichanguanliyouxiangongsi | 2pcs/lot Women Waterproof Retractable Rotary Eyeliner Pen Eye Liner Pencil Makeup Cosmetic Tool (Color: Black) |
| 63 | pecos580 | Cozy 2pcs Women s Waterproof Retractable Rotary Eye liner Black Eyeliner Pencil Makeup Cosmetic Tool |
| 64 | Personality Commodity Store | 3pcs/lot Women's Makeup Rotary Retractable Eyeliner Pencil Waterproof Eye Liner Pen Cosmetic Tool |
| 65 | prettywomen | Womens Fashion Waterproof Non Staining Auto rotation Eyebrow Pencil Eyeliner |
| 66 | qiaogeli_store | 2pcs/lot Women Waterproof Retractable Rotary Eyeliner Pen Eye Liner Pencil Makeup Cosmetic Tool |
| 67 | rxhjessica | 3pcs/lot Women's Waterproof Retractable Rotary Eye liner Black Eyeliner Pencil Makeup Cosmetic Tool |
| 68 | Sinoco Intrrernatinal | 2pcs/lot Women Waterproof Retractable Rotary Eyeliner Pen Eye Liner Pencil Makeup Cosmetic Tool |
| 69 | Sun Flower1025 | 3pcs/lot Women's Makeup Rotary Retractable Eyeliner Pencil Waterproof Eye Liner Pen Cosmetic Tool |
| 70 | tianyi58 | 3pcs/lot Women's Waterproof Retractable Rotary Eye liner Black Eyeliner Pencil Makeup Cosmetic Tool |

| 71 | VIPP | 3Pcs/lot Women's Waterproof Retractable Rotary Eye liner Black Eyeliner Pencil Makeup Cosmetic Tool |
|---|---|---|
| 72 | xinshijuefushi | 3pcs/lot Women's Waterproof Retractable Rotary Eye liner Black Eyeliner Pencil Makeup Cosmetic Tool |
| 73 | yanyan2017 | 3pcs/lot Women's Waterproof Retractable Rotary Eye liner Black Eyeliner Pencil Makeup Cosmetic Tool |
| 74 | You Yong Store | 3pcs/lot Waterproof Retractable Rotary Eyeliner Pen Eye Liner Pencil Makeup Cosmetic Tool |
| 75 | youknowit | 2PCS Women Waterproof Retractable Rotary Eyeliner Pen Eye Liner Pencil Makeup Cosmetic Tool (Color: Black) |
| 76 | YWSPORT | MASS21 Women Waterproof Retractable Rotary Eyeliner Pen Eye Liner Pencil Makeup Cosmetic Tool (Color: Black) |
| 77 | zhaojing017 | Joymode Women Waterproof Retractable Rotary Eyeliner Pen Eye Liner Pencil Makeup Cosmetic Tool (Color: Black) |
| 78 | zhaosuyan | MASS21 Women Waterproof Retractable Rotary Eyeliner Pen Eye Liner Pencil Makeup Cosmetic Tool (Color: Black) |
| 79 | zwy116429 | Women Waterproof Retractable Rotary Eyeliner Pen Eye Liner Pencil Cosmetic Tool |